JS 44 (Rev. 10/20)  **CIVIL COVER SHEET**  ~~PRO SE CORPORATION~~

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Robert W. Johnson

(b) County of Residence of First Listed Plaintiff: **Onondaga**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Robert W. Johnson; 65 Sidney St., Buffalo, NY 14211

## DEFENDANTS
Donald J. Trump, et al.

County of Residence of First Listed Defendant: **New York**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*: Pro Se Corporation

## II. BASIS OF JURISDICTION
[X] 3 Federal Question
[X] 4 Diversity

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State: PTF [X] 1

## IV. NATURE OF SUIT
[X] 440 Other Civil Rights

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute: **U.S. Constitution**
Brief description of cause: Identity Theft, Govt. Crimes, Pro Se Corporation & Fraud

## VII. REQUESTED IN COMPLAINT:
DEMAND $: $100,000,000.00
JURY DEMAND: [X] Yes

## VIII. RELATED CASE(S) IF ANY
JUDGE: VINCE GIRDHARI
DOCKET NUMBER: 18-md-02843-VC

DATE: 08/24/2023
SIGNATURE OF ATTORNEY OF RECORD: Robert W. Johnson

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Defendants:

Facebook, Meta, Rudy Giuliani, John Eastman, Mark Meadows, Kenneth Chesebro, Jeffrey Clark, Jenna Ellis, Ray Smith III, Robert Cheeley, Cathleen Latham, Scott Hall, Stephen Lee, Harrison Floyd, Trevian Kutti, Sidney Powell, Misty Hampton, Michael Roman, David Shafer, Shawn Still, Vldimir Putin, Twitter and Meta LLC.

Relief Requested:

100,000,000.00 for punitive damages;
100% Ownership of Defendants Assets
& Liquidations; All other Reliefs
Just & Proper.

Statement of Facts:
All defendants committed identity theft, fraud, U.S. Constitutional Violations, RICO Acts and Due Process violations against Robert W. Johnson

08/24/2023

*Robert W Johnson*
Robert W. Johnson