ROBERT W. JOHNSON
65 SIDNEY ST.
BUFFALO, NY 14211

COURT CLERK: U.S. COURTS
141 CHURCH ST.
NEW HAVEN, CT 06510

FCM LETTER
SYRACUSE, NY 13201
AUG 25, 2023
06510
$0.66
RDC 99
R2304M114230-43
06510-203064